UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| JEREMY HUGHES, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO: 4:14CV00551 BSM |
| ) | |
| ROGER ELROD, ARKANSAS BLUE ) | |
| CROSS BLUE SHIELD, and ) | |
| JAMIE THRASHER, ) | |
| ) | |
| DEFENDANTS. ) | |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Considering the Stipulation of Dismissal with Prejudice filed by Plaintiff, Jeremy Hughes, and Defendants, Roger Elrod, Arkansas Blue Cross Blue Shield and Jamie [sic] Thrasher, wherein Plaintiff dismisses with prejudice each and every claim against Defendants hereto, and finding it to be well taken;

IT IS ORDERED, ADJUDGED, AND DECREED that all claims made herein by Plaintiff against Defendants are hereby dismissed with prejudice, in accordance with the Stipulation of Dismissal with Prejudice previously filed in the record. Each party is to bear its own costs.

DATED this 10th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO SUBSTANCE AND FORM:

SUTTER & GILLHAM, P.L.L.C.
310 West Conway Street
P.O. Box 2012
Benton, Arkansas  72018
lucien.gillham@gmail.com
(501) 315-1910

By:   /s/Lucien Gillham
      Lucien Gillham                    AR. # 99199

Counsel for Plaintiff


FORD & HARRISON, LLP
795 Ridge Lake Blvd, Suite 300
Memphis, TN 38120
Ph:  (901) 291-1500
kpascover@fordharrison.com

By:   /s/Kathryn W. Pascover
      Kathryn W. Pascover             TN #10280

Counsel for Defendants